IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JAMES GLEN | * | |
| Plaintiff | | |
| | * | |
| vs. | | Civil Action No.   ELH-11-00927 |
| | * | |
| THE LAW OFFICE OF W. C. FRENCH | | |
| Defendant | * | |

******

MEMORANDUM

James Glen, plaintiff, filed suit in this Court on April 11, 2011 (ECF 1), alleging that the defendant, The Law Office of W. C. French, violated the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692; the Consumer Debt Collection Act ("MCDCA"), codified at § 14-204 et seq. of the Commercial Law Article of the Maryland Code; and the Maryland Consumer Practices Act, codified at § 13-301 et seq. of the Commercial Law Article of the Maryland Code.  *See* ECF 1.  After having been served on April 18, 2011, *see* ECF 3, the defendant failed to appear, answer, or otherwise defend in this matter.  Accordingly, plaintiff filed a "Request The Clerk To Enter Default," ECF 4, and the Clerk entered An Order of Default on July 28, 2011.  *See* ECF 5.  Thereafter, on August 8, 2011, pursuant to F. R. Civ. P. 55(b), plaintiff filed a "Motion For Default Judgment, Request For Statutory Damages, Costs And Reasonable Attorney Fees," ECF 6, requesting statutory damages of $1,000.00, pursuant to 15 U.S.C. § 1692(k), with respect to alleged violations of the FDCPA.  In addition, plaintiff requested attorney's fees in the amount of $3,680.00, and costs in the sum of $75.00.

On November 4, 2011, pursuant to 28 U.S.C. § 636 and Local Rule 301, the matter was referred to Magistrate Judge Susan Gauvey for a Report and Recommendation as to the pending default judgment motion.  ECF 7.  On January 19, 2012, Judge Gauvey issued a thorough and

comprehensive Report And Recommendation ("Report"), ECF 9, in which she made the following recommendations:

1. That the Court grant plaintiff's Motion For Default Judgment;

2. That the Court award statutory damages of $400.00; and

3. That the Court award attorney's fees of $2,530.00.

The time for filing objections as to the Report has passed. *See* F. R. Civ. P. 72(b) and Local Rule 301.5(c). No objections were filed with respect to the Report.

In accordance with F. R. Civ. P. 72(b), I have reviewed the Report and have made a *de novo* determination of the issues to which the Report relates. I find that Judge Gauvey's proposed rulings are correct in all respects. Accordingly, I adopt the Report And Recommendation as my own.

A separate Order follows.


Date:  February 8, 2012              \_\_/s/_____
                                     Ellen Lipton Hollander
                                     United States District Judge