IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JAMES GLEN                                         *
      Plaintiff
                                                                       *

     vs.                                               Civil Action No.   ELH-11-00927
                                                                          *

THE LAW OFFICE OF W. C. FRENCH
      Defendant                         *

                                                    ******

ORDER

For the reasons set forth in the accompanying Memorandum, it is this 8th day of February, 2012:

ORDERED:

The Court adopts the Report And Recommendation (ECF 9);

The Court grants plaintiff's Motion For Default Judgment (ECF 6);

The Court awards statutory damages to plaintiff in the sum of $400.00 and awards attorneys' fees of $2,530.00.

Therefore, judgment shall be entered in favor of plaintiff and against defendant in the total sum of $2,930.00.

And, it is further ORDERED:

The Clerk is directed to CLOSE this case.

                                                      /s/
                                                  Ellen Lipton Hollander
                                                  United States District Judge